UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| RYAN R. WRIGHT | ) | CASE NO. 17-42047 |
| JESSICA D. WRIGHT | ) | |
| | ) | |
| | ) | KAY WOODS, |
| Debtors | ) | U. S. Bankruptcy Judge |
| | ) | |

## MOTION TO DISMISS

NOW COMES the Trustee and states that the debtors have failed to file a Chapter 13 plan which the Trustee has been able to recommend to this court for confirmation, the payments required by the plan have not been made and no showing has been made of any just cause for default.

The plan filed by the debtors' is not adequately funded and neither an amended plan nor an agreed order which provides for adequate funding has been filed.

WHEREFORE, the Trustee prays that these proceedings be dismissed as provided in Section 1307(c) of the Bankruptcy Code, together with such other and further relief to which this court deems proper.

DATED this 8th day of May, 2018.

                                             /s/ MICHAEL A. GALLO, TRUSTEE
                                            MICHAEL A. GALLO, TRUSTEE
                                            5048 BELMONT AVENUE
                                            YOUNGSTOWN, OH 44505
                                            Phone: (330) 743-1246

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Trustee's Motion to Dismiss as filed will be held at the United States Bankruptcy Court, Federal Building, U.S. Courthouse, 3rd Floor, 10 East Commerce Street, Youngstown, Ohio on the 13th day of June, 2018, at 1:30 o'clock p.m.

Failure to answer or appear will result in the granting of the relief against you as prayed for in Trustee's Motion to Dismiss.

    /s/ MICHAEL A. GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE

CERTIFICATE OF SERVICE

I certify that on May 8, 2018, a true and correct copy of the Trustee's Motion to Dismiss was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Patricia A. Morris, Esq., Attorney for Debtors at: patricia@patriciamorrislaw.com
    Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Ryan & Jessica Wright, Debtors at: 326 E. Liberty Street, Girard, OH 44420

    MICHAEL A. GALLO, TRUSTEE
5048 BELMONT AVENUE
YOUNGSTOWN, OH 44505
(330) 743-1246

By:/s/ MICHAEL GALLO, TRUSTEE
    MICHAEL A. GALLO, TRUSTEE